UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHI FEDDEN, as administrator of the
Estate of PETER DANIEL FEDDEN, decedent,

                          Plaintiff,

            -against-

COUNTY OF SUFFOLK, NEW YORK,
RUBY TUESDAY, INC., and JOHN DOES 1-100,

                         Defendants.

STIPULATION AND ORDER
OF VOLUNTARY
DISMISSAL

14-cv-7301(JFB)(SIL)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
        July 12, 2019

_____
Dennis M. Brown
County Attorney
By: Brian C. Mitchell
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788

_____
By: Robert Kerrigan, P.C.
Law Offices of Dennis J. of, Kelly, P.C.
137 Glen Head Road
Glen Head, NY 11545

SO ORDERED:

Dated: New York

_____, 2019

_____
Hon. Chief Judge Dora Lizette
Irizarry, U.S.D.J.