# KELLY & GROSSMAN, LLP
## ATTORNEY AT LAW

1248 MONTAUK HIGHWAY
WEST ISLIP NEW YORK 11795
Telephone: (631) 314-4996
Facsimile: (631) 532-1879

DENNIS J. KELLY, ESQ.  
DAVID GROSSMAN, ESQ.  
ROBERT KERRIGAN, ESQ.

5 Penn Plaza, 23rd Floor  
New York, New York 10001  
(By Appointment Only)

July 15, 2019

VIA ECF FILING

Honorable Chief Judge Dora Lizette Irizarry
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re:    Fedden v. County of Suffolk, et al.
             Civil Docket No. 14-07301

Your Honor:

    I write in response to the Court's July 11, 2019 directive to file a response concerning the failure to adhere to the discovery schedule set by the magistrate judge. The case was settled on or about February 28, 2019 (the date on the confirmation email). The failure to inform the Court was an oversight for which we apologize. There was no intention to disregard Court orders or fail to comply with the discovery schedule set by the magistrate judge.

    The Stipulation and Order of Voluntary Dismissal has now been filed (DE-77) and once again, my sincere apologies for the unintentional oversight.

Very truly yours,

KELLY AND GROSSMAN, LLP

Robert Kerrigan, Esq.

CC: All counsel of record (via ECF filing only)